# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

WOODROW MOORE ARMSTRONG,

       Plaintiff,

v.                             CASE NO.  4:07cv547-RH/WCS

SGT. FITTJE, et al.,

       Defendants.

_____/

## ORDER DENYING MOTION FOR A RESTRAINING ORDER

This matter is before the court on the magistrate judge's report and recommendation (document 8), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The motion for a restraining order (document 5) is DENIED. This matter is remanded to the magistrate judge for further proceedings.

SO ORDERED this 9th day of March, 2008.

                          s/Robert L. Hinkle         
                          Chief United States District Judge